**IT IS SO ORDERED.**

**Dated:  11:33 AM February 18 2011**

MARILYN SHEA-STONUM *LN*
U.S. Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.  **09-50899** |
| | ) | |
| **Jeffrey W. Israel and Janice A. Israel**, | ) | CHAPTER  **7** |
| DEBTOR(S) | ) | |
| | ) | JUDGE MARILYN SHEA-STONUM |
| | ) | |
| **Harold A. Corzin, Trustee**, | ) | |
| PLAINTIFF(S), | ) | **ADVERSARY NO.  10-5193** |
| | ) | |
| vs. | ) | |
| | ) | **ORDER AND MEMORANDUM OF PRE-** |
| **Jeffrey W. Israel, et al.** | ) | **TRIAL CONFERENCE HELD ON February** |
| DEFENDANT(S). | ) | **16, 2011** |

**PARTICIPANTS:**

Michael J Moran    *as counsel for*    Harold A. Corzin, Trustee

Joshua S. Berger    *as counsel for*    Defendants:   Jeffrey W. Israel; Janice A. Israel; Patrick J. Weschler, Trustee

Based upon the representations of counsel, this adversary proceeding is to be dismissed, *without prejudice*, to its re-filing.  During the pre-trial conference, Mr. Berger indicated that he does not object to such dismissal without prejudice.  Accordingly, the Court indicated that, in lieu of a motion, plaintiff-trustee need simply file a notice of dismissal.

# # #

cc (*via* electronic mail):

Michael J Moran          *as counsel for*     Harold A. Corzin, Trustee
Joshua S. Berger          *as counsel for*     Defendants:    Jeffrey  W.  Israel;
                                              Janice A. Israel; Patrick J. Weschler,
                                              Trustee