**IT IS SO ORDERED.**

**Dated: 11:33 AM February 18 2011**

*Marilyn Shea-Stonum*
MARILYN SHEA-STONUM LN
U.S. Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| IN RE: ) | CASE NO. **09-50899** |
| ) | |
| **Jeffrey W. Israel and Janice A. Israel**, ) | CHAPTER **7** |
| DEBTOR(S) ) | |
| ) | JUDGE MARILYN SHEA-STONUM |
| ) | |
| **Harold A. Corzin, Trustee**, ) | |
| PLAINTIFF(S), ) | **ADVERSARY NO. 10-5193** |
| ) | |
| vs. ) | |
| ) | **ORDER AND MEMORANDUM OF PRE-** |
| **Jeffrey W. Israel, et al.** ) | **TRIAL CONFERENCE HELD ON February** |
| DEFENDANT(S). ) | **16, 2011** |

**PARTICIPANTS:**

Michael J Moran    *as counsel for*    Harold A. Corzin, Trustee

Joshua S. Berger    *as counsel for*    Defendants: Jeffrey W. Israel; Janice A. Israel; Patrick J. Weschler, Trustee

    Based upon the representations of counsel, this adversary proceeding is to be dismissed, *without prejudice*, to its re-filing. During the pre-trial conference, Mr. Berger indicated that he does not object to such dismissal without prejudice. Accordingly, the Court indicated that, in lieu of a motion, plaintiff-trustee need simply file a notice of dismissal.

# # #

cc (*via* electronic mail):

Michael J Moran    *as counsel for*    Harold A. Corzin, Trustee
Joshua S. Berger    *as counsel for*    Defendants: Jeffrey W. Israel; Janice A. Israel; Patrick J. Weschler, Trustee

# CERTIFICATE OF NOTICE

```
District/off: 0647-5          User: buehl              Page 1 of 1            Date Rcvd: Feb 18, 2011
Case: 10-05193                Form ID: pdf741          Total Noticed: 4
```

The following entities were noticed by first class mail on Feb 20, 2011.
```
pla          +Harold A. Corzin, Trustee,   Commonwealth Square,   304 N. Cleveland-Massillon Road,
              Akron,    44333-9302
dft           Janice A. Israel,   341 Merriman Road,   Akron, OH  44303-1566
dft           Jeffrey W. Israel,  341 Merriman Road,   Akron, OH  44303-1566
dft          +Patrick J. Weschler, Trustee,   3800 Embassy Parkway, Suite 300,   Akron, OH 44333-8398
```

The following entities were noticed by electronic transmission.
NONE.                                                                                         TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 20, 2011**                    Signature:    _Joseph Speetjens_